IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Antasha Nichole Davis, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 5:17-cv-1937-KDW |
| | ) |
| Nancy A Berryhill, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

This matter is before the court on the parties' joint Stipulation for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), ECF No. 27, advising their agreement to stipulate to an award of $4,000.00 in attorney fees. As indicated in the Stipulation, Plaintiff's Petition for Attorney Fees, ECF No. 26, is withdrawn. The Clerk is to note this withdrawal on the docket.

Further, the parties have stipulated that Plaintiff should be awarded $4000.00 in attorney fees under the EAJA and that this amount "represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d)." ECF No. 27 at 1.[1] The court finds the stipulated amount of fees to be reasonable and in accordance with applicable law.

In accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010), EAJA fees awarded by this court belong to the litigant, thus subjecting EAJA fees to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B). Therefore, this court directs the stipulated amount of $4,000.00 in attorney fees be payable to Plaintiff and delivered to Plaintiff's counsel.

---

[1] In Plaintiff's Petition for Fees, counsel indicated he spent 25.45 hours representing Plaintiff before the court. ECF No. 26.

An award of $4000.00 in attorney fees pursuant to the EAJA is granted in accordance with this order. Plaintiff's Petition for EAJA Fees, ECF No. 26, has been withdrawn.

IT IS SO ORDERED.

March 23, 2018  
Florence, South Carolina

Kaymani D. West  
United States Magistrate Judge